JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH PEREZ, | ) | NO. CV 20-6530-FMO (AGR) |
|   Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JIM ROBERTSON, Warden, | ) | |
|   Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and dismissed with prejudice.

DATED: July 16, 2021

/s/
FERNANDO M. OLGUIN
United States District Judge